■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE W. LUDLOW, Appellant.—Judgment unanimously affirmed. Memorandum: The record supports County Court's

finding that defendant, despite his limited intellectual capacity, knowingly, voluntarily and intelligently waived his *Miranda* rights and agreed to speak to the police *(see, People v Williams,* 62 NY2d 285, 287; *People v Matthews,* 148 AD2d 272, 274, *lv dismissed* 74 NY2d 950). The record also supports the suppression court's determination that defendant was not in custody before the *Miranda* warnings were given. A reasonable person, innocent of any crime, would not have believed he was in custody under the circumstances *(see, People v Centano,* 76 NY2d 837, 838; *People v Yukl,* 25 NY2d 585, 589, *cert denied* 400 US 851). (Appeal from Judgment of Jefferson County Court, Clary, J.—Murder, 2nd Degree.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.